No. 737. WRIGHT *v.* CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY Co. Court of Appeals of Ohio, Hamilton County. Certiorari denied. *Otto F. Putnick* and *Jerome Goldman* for petitioner. *Henry Burton Street* for respondent.

No. 764. EISTRAT *v.* WESTERN HARDWOOD LUMBER Co. District Court of Appeal of California, Second Appellate. District. Certiorari denied.

No. 765. GREGORY ET AL. *v.* COLUMBIA GAS SYSTEM, INC., ET AL.;

No. 766. KERN *v.* COLUMBIA GAS SYSTEM, INC., ET AL.; and

No. 774. ALLEN ET AL. *v.* COLUMBIA GAS SYSTEM, INC., ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Walter H. Brown, Jr., John L. Smith* and *George W. Jaques* for petitioners in No. 765. *George Zolotar* and *Leo T. Wolford* for petitioner in No. 766. *Robert S. Spilman, Jr.* for petitioners in No. 774. *Edward S. Pinney* for the Columbia Gas System, Inc., *Oscar S. Rosner* for the Independent Committee for American Fuel Noteholders, *James Park* for Harbison, Trustee, and *Selden S. McNeer* and *Robert K. Emerson* for Williamson, Trustee, respondents. *Solicitor General Rankin, Thomas G. Meeker, David Ferber* and *Arthur Blasberg, Jr.* for the Securities and Exchange Commission, in support of the petitions for writs of certiorari. Reported below: 262 F. 2d 510.

No. 650, Misc. GRANGER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.